# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jesus Cruz

                                   Plaintiff,

v.                                                       Case No.: 1:20–cv–03719
                                                            Honorable Robert M. Dow Jr.

Los Compadres Enterprises, Inc., et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 25, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to the stipulation of dismissal [26] filed on 1/25/2021, this case is dismissed with prejudice with each side to bear its own fees and costs. Status hearing date of 1/26/2021 is stricken and no appearances are necessary on that date. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.